CHINMAN et al., Respondents, v. LIEBROSS, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Samuel L. Chinman and

another against Louis Liebross. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the testimony showing payment by the defendant to Puksansky was uncontradicted, and should not have been rejected by the court. See, also, 130 N. Y. Supp. 1107.